```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                    MIAMI DIVISION


UNITED STATES OF AMERICA      :     Case No. 91-6060-CR-FAM

                Plaintiff,    :

            -vs-              :     Tuesday, 10:00 a.m.
                                    October 24, 1995
                                    Miami, Florida
AUGUSTO FALCON and SALVADOR   :
MAGLUTA,

                Defendants.   :

- - - - - - - - - - - - - - -x
```

FILED by _____ D.C.
APPEAL
NOV 21 2000
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

<u>VOLUME VI</u>
<u>TRANSCRIPT OF PROCEEDINGS</u>
<u>BEFORE THE HONORABLE FEDERICO A. MORENO</u>
<u>AND A JURY</u>

APPEARANCES:

| | |
|---|---|
| For the Government: | CHRISTOPHER CLARK and MICHAEL PATRICK SULLIVAN Assistant United States Attorneys |
| For the Defendant: AUGUSTO FALCON: | ALBERT J. KRIEGER, ESQ. and SUSAN VAN DUSEN, ESQ. |
| For the Defendant: SALVADOR MAGLUTA: | MARTIN G. WEINBERG, ESQ. and ROY BLACK, ESQ. |
| Court Reporter: | ANTON B. SCHWARTZ Official Court Reporter |

U.S. DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA