UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 91-6060-CR-FAM |
| Plaintiff, | : | |
| -vs- | : | Wednesday, 9:45 a.m.<br>October 25, 1995<br>Miami, Florida |
| AUGUSTO FALCON and SALVADOR MAGLUTA, | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - x

FILED by _____ D.C.
APPEAL
NOV 2 2000
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

VOLUME VII
TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE FEDERICO A. MORENO
AND A JURY

APPEARANCES:

| | |
|---|---|
| For the Government: | CHRISTOPHER CLARK<br>and MIKE PATRICK SULLIVAN<br>Assistant United States<br>Attorneys |
| For the Defendant:<br>AUGUSTO FALCON: | ALBERT J. KRIEGER, ESQ.<br>and SUSAN VAN DUSEN, ESQ. |
| For the Defendant:<br>SALVADOR MAGLUTA: | MARTIN G. WEINBERG, ESQ.<br>and ROY BLACK, ESQ. |
| Court Reporter: | ANTON B. SCHWARTZ<br>Official Court Reporter |

U.S. DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA